IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

BANK OF THE WEST,

    Plaintiff,

v.                                        Case No. 3:08cv547/LAC

M/V AADD, and Her Engines, Tackle,
Furniture, and Apparel, *in rem*, and
DANIEL PETER ROSSI, in Personam

    Defendants.
_____/

**O R D E R**

Plaintiff's motion for warrant of arrest or property (doc. 3) is **GRANTED.**

Pursuant to Supplemental Rule(C)(3), the Clerk is directed to issue a warrant for arrest of One 2007 Fountain 32 Sportfish CC, ID# FGQ2C056F607, O/N 1193424 in the above-styled admiralty action.

**ORDERED** on this 23rd day of January, 2009.

                                                           s/*L.A. Collier*
                                                          Lacey A. Collier
                                                Senior United States District Judge