IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

BANK OF THE WEST,

    Plaintiff,

v.                                                                                 Case No. 3:08cv547/LAC

M/V AADD, and Her Engines, Tackle,
Furniture, and Apparel, *in rem*, and
DANIEL PETER ROSSI, in Personam

    Defendants.
_____/

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

THIS MATTER came before the Court upon Plaintiffs Motion For Appointment Of Substitute Custodian (doc. 6). The motion is **GRANTED**, and it is hereby **ORDERED**:

1. The United States Marshal for the Northern District of Florida is hereby authorized and directed, upon his seizure of the vessel arrest of One 2007 Fountain 32 Sportfish CC, ID# FGQ2C056F607, O/N 1193424, her boats, tackle, apparel, etc., pursuant to the Warrant of Arrest, to surrender the possession thereof to the Substitute Custodian named herein, and that upon such surrender, the Marshal shall be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatsoever out of said substituted possession.

2. National Maritime Services, Inc., is hereby appointed the custodian of said vessel to retain the same in its custody for storage and routine services for the agreed-upon compensation, all to be paid by the Plaintiff until further Order of this Court.

3. Plaintiff's attorney will serve a copy of said Order to the owner of vessel.

**ORDERED** on this 23rd day of January, 2009.

                                                    s/ *L.A. Collier*
                                                    Lacey A. Collier
                                         Senior United States District Judge