IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

BANK OF THE WEST,

    Plaintiff,

v.                                                 Civil Action No. 3:08cv547/LAC/MD

M/V AADD, and Her Engines, Tackle,
Furniture, and Apparel, in rem, and
DANIEL PETER ROSSI, in personam,

    Defendants.

_____

## ORDER OF DEFAULT JUDGMENT

THIS CAUSE having come before the Court in Admiralty on a Motion for Default Judgment filed by Plaintiff Bank of the West against Defendants Daniel Peter Rossi and the vessel M/V AADD, who have failed to file a claim or answer or other proper response to the complaint. Default was entered on March 26, 2009. The Court being duly and sufficiently advised, it is hereby **ORDERED**:

    1.    The Motion for Default Judgment against Defendants is hereby **GRANTED**.

2. **IT IS ADJUDGED** that Plaintiff Bank of the West recover from Defendants Daniel Peter Rossi and the vessel M/V AADD the sum of $214,827.05.00 based on principal, interest and various fees and costs related to the vessel, plus $2,912.74 based on attorney's fees and costs, plus the sums of $40.00 per day for storage of the vessel and $520.00 per month for insurance costs related thereto.

**ORDERED** on this 27th day of August, 2009.

s/*L.A. Collier*
Lacey A. Collier
Senior United States District Judge