UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
IN ADMIRALTY

**BANK OF THE WEST,**

    **Plaintiff,**

vs.

**M/V AADD, and Her Engines, Tackle, Furniture, and Apparel, in rem, and DANIEL PETER ROSSI, in personam,**

    **Defendants.**

CASE NO. 3:08 cv 547- LAC/MD

## ORDER

This cause comes before this Court pursuant to Plaintiff's Motion for Judicial Sale of Vessel (Doc 22). Upon due consideration, it is hereby **ORDERED:**

1. The Motion is GRANTED.

2. The vessel M/V AADD, and her engines, tackle, furniture, and apparel shall be sold free and clear of all claims against vessel pursuant to Local Admiralty Rule E(17).

3. The sale of the vessel M/V AADD and her engines, tackle, furniture, and apparel shall be by public auction by the U.S. Marshal, forthwith. The U.S. Marshal shall publish notice of the sale pursuant to Local Admiralty Rule E(16).

4. Bank of the West may become the bidder for the vessel M/V AADD and her engines, tackle, furniture, and apparel and shall be entitled to credit bid the amount of the Default

Judgment at the public sale.

**ORDERED** on this 24th day of September, 2009.

s/*L.A. Collier*
LACEY A. COLLIER
Senior United States District Judge